# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
                                          :          **ORDER DENYING**
                                          :          **DISCOVERY REQUESTS**
IN RE SEPTEMBER 11 LITIGATION    :
                                          :          21 MC 97 (AKH)
                                          :          21 MC 101 (AKH)
-----------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiffs in the above captioned actions request additional discovery

relating to alleged improprieties on the part of the Transportation Security Administration

("TSA") and certain of the defense lawyers in the instant litigation. Specifically,

Plaintiffs assert that documents recently made available in the matter of U.S. v.

Moussaoui, currently pending before Judge Leonie Brinkema in the Eastern District of

Virginia, indicate an improper relationship between the TSA and defense counsel.

Plaintiffs request a conference to address these concerns and further request permission to

take depositions of various government officials. For the reasons stated below, Plaintiffs'

request is denied.

        By their letters, Plaintiffs assert that the communications between the TSA

and certain of the defense lawyers in the instant litigation indicate that the TSA may not

have acted with impartiality in reaching its determinations as to matters affecting both the

In re September 11 Litigation and the Moussaoui death penalty trial currently pending

before Judge Brinkema. To the extent any alleged improprieties by the TSA and defense

counsel concern the case currently before Judge Brinkema, such concerns are beyond the

scope of my jurisdiction. To the extent any alleged improprieties raise questions as to the

validity of the Final Order issued by the TSA on February 7, 2006 in In re September 11

Litigation, such concerns should properly be brought to the Second Circuit Court of

1

Appeals which holds exclusive jurisdiction over appeals from final orders by the TSA. See 49 U.S.C. § 46110.

In accordance with the foregoing, the request by Plaintiffs is denied, as not properly within the scope of cases and controversies over which I preside. Accordingly, and by separate enclosures, I am returning to their sender all letters submitted by counsel on this subject. Any requests by the media or members of the public for access to the letters referenced in this Order should be directed to Judge Brinkema.

SO ORDERED.

Dated:       New York, New York
             March 17, 2006

                              ALVIN K. HELLERSTEIN
                              United States District Judge