UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY BAVIS,            )
    Plaintiff,         )
vs.                    )
                 )  Case No.: 1:06 CV 812-RWR
CARLA J. MARTIN, Individually, )
    Defendant          )
                 )

**NOTICE OF CORRECTION**

    Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1.  The full residence address of the plaintiff is:

    Mary Bavis
    33 Alpheus Road
    Roslindale, MA 02131

    Respectfully Submitted,

    /s/ Mary Schiavo
    Mary Schiavo
    DC Bar No. 440175
    Motley Rice, LLC
    28 Bridgeside Blvd.,
    P.O. Box 1792
    Mt. Pleasant, SC 29465
    (843) 216-9000